IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANNON LEROY RAMSLAND,<br><br>Defendant. | CR 13-15-H-DWM<br><br><br><br>ORDER |

Defendant Shannon Leroy Ramsland having moved unopposed for a continuance of the deadline by which to file an amended motion for compassionate release,

IT IS ORDERED that the motion (Doc. 39) is GRANTED. The deadline to file the amended motion to reduce sentence is extended up to and including **June 14, 2024**. No further extensions of time will be granted.

DATED this 11th day of April, 2024.

_____
Donald W. Molloy, District Judge
United States District Court